this Opinion Has No Precedential Value.
 It Should not be cited or relied on as precedent in any proceeding except as
 provided by rule 268(d)(2), scacr.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jamie Goss
 a/k/a James Gause, Appellant.
 
 
 

Appeal From Horry County
Edward B. Cottingham, Circuit Court Judge
Unpublished Opinion No. 2009-UP-610
Submitted December 1, 2009  Filed
 December 22, 2009
Appeal Dismissed

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; and Solicitor John Gregory Hembree, of
 Conway, for Respondent.
 
 
 

PER CURIAM: Jamie Goss appeals his conviction and
 sentence for trafficking in crack cocaine.  Goss asserts the trial court erred
 in admitting testimony in violation of Rule 1002, SCRE, and in denying his motion
 for a new trial based on evidence discovered after trial.   After a thorough review of the record and
 counsel's brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Goss's appeal and grant counsel's motion
 to be relieved.[1]
APPEAL DISMISSED.
WILLIAMS, PIEPER, and LOCKEMY, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.